**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARJ USA, INC. <br><br> Plaintiff(s), <br><br> v. <br><br> BIOTAB NUTRACEUTICALS, INC. , et al. <br><br><br> Defendant(s). | CASE NO: <br> 2:16–cv–02968–FMO–JPR <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 14 **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: December 22, 2016        /s/ *Fernando M. Olguin*
                                 Fernando M. Olguin
                                 United States District Judge